IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BAC LOCAL UNION 15 PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 4:11-CV-01183-BCW ) |
| LOUIS HASKELL BRITTON, JR., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiffs' Motion for Entry of Default on Loyd Britton d/b/a Midland Masonry Contractors, Inc. By the Clerk of the Court (Doc. #14). Plaintiffs seek a default judgment pursuant to Federal Rule of Civil Procedure 55. The amended complaint was filed on January 26, 2012, and Defendant Loyd Britton was served on February 5, 2012. As of the date of this Order, Defendant Loyd Britton has failed to respond to Plaintiffs' complaint or the summons. Furthermore, on June 1, 2012, the Court entered an Order Directing Defendant To Show Cause Why Default Should Not Be Entered (Doc. #18) by filing a written response with the Court on or before June 22, 2012. As of the date of the Order, Defendant Loyd Britton has failed to respond to the Court's Order. The Court being duly advised of the premises, and for good cause shown, grants said Motion. Accordingly, it is hereby

ORDERED that Plaintiffs' Motion for Entry of Default on Loyd Britton d/b/a Midland Masonry Contractors, Inc. By the Clerk of the Court (Doc. #14) is GRANTED. It is further

1

ORDERED that the Clerk of the Court shall make an entry of default as to Defendant Loyd Britton d/b/a Midland Masonry Contractors, Inc.

IT IS SO ORDERED.


DATED: <u>July 25, 2012</u>

                                            <u>/s/ Brian C. Wimes</u>
                                            JUDGE BRIAN C. WIMES
                                            UNITED STATES DISTRICT COURT